**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Gary G. Pelletier (GP-5459)
DENNER♦PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel:    (617) 227-2800
Fax:    (617) 973-1562

| | |
|---|---|
| EMPYREAN INVESTMENT FUND, LP, <br> EMPYREAN GENERAL PARTNER, LLC, <br> ASH MASTER FUND II, LLC, ASH <br> MASTER FUND, LP, ASH FUND, LP, <br> f/k/a ASH CAPITAL MANAGEMENT, <br> ASH GENERAL PARTNER, LLC, ASH <br> OFFSHORE FUND, LTD, ASH GENERAL <br> PARTNER OFFSHORE, LTD, et al. <br>     Appellants <br><br>     v. <br><br> ALAN NISSELSON and OFFICIAL <br> COMMITTEE OF UNSECURED <br> CREDITORS, <br>     Appellees. | Docket No. 08-cv-06938 |

**<u>NOTICE OF APPEARANCE</u>**

Kindly enter the appearance of Gary G. Pelletier as attorney of record on behalf of the

appellants, Empyrean Investment Fund, LP, et al, in the above-captioned matter.

Dated: August 14, 2008                    Respectfully submitted,
      Boston, MA                          EMPYREAN INVESTMENT FUND, LP et al
                                             By and through their attorneys,

                                            /s/ *Gary G. Pelletier*
                                           Gary G. Pelletier (GP-5459)
                                           DENNER♦PELLEGRINO, LLP
                                           4 Longfellow Place, 35th Floor
                                           Boston, Massachusetts 02114
                                           Tel:    (617) 227-2800
                                           Fax:   (617) 973-1562
                                           gpelletier@dennerpellegrino.com

                         Certificate of Service

     I, Daniel C. Reilly, hereby certify that on this the 14th day of August 2008, I caused a true copy of the foregoing *Notice of Appearance*, to be served electronically upon all parties registered with ECF for this matter.

                                            /s/ *Daniel C. Reilly*
                                           Daniel C. Reilly