## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Howard L. Simon (hsimon@windelsmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)

*Counsel for Alan Nisselson,*
*Distribution Agent and Responsible Officer*
*Of Chapter 11 Debtor MarketXT Holdings Corp, et. al., Appellee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------------------------------------- x
In re                                                            :
                                                                 :
EMPYREAN INVESTMENT FUND, LP,                                    :
EMPYREAN GENERAL PARTNER, LLC, ASH                               :
MASTER FUND II, LLC, ASH MASTER FUND,                            :
LP, ASH FUND, LP, f/k/a ASH CAPITAL                              :
MANAGEMENT. ASH GENERAL PARTNER,                                 :
LLC, ASH OFFSHORE FUND, LTD, ASH                                 :
GENERAL PARTNER OFFSHORE, LTD, et al.                            :
                                                                 :   Docket No. 08-cv-06938 AKH
          Appellants                                             :
                                                                 :
v.                                                               :
                                                                 :
ALAN NISSELSON AND OFFICIAL                                      :
COMMITTEE OF UNSECURED CREDITORS,                                :
                                                                 :
          Appellees                                              :
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE OF COUNSEL

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for the

Appellees, as of the date hereof and requests service of all notices and documents herein upon:

WINDELSMARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Howard L. Simon
Regina Griffin
Email: (hsimon@windelsmarx.com)
(rgriffin@windelsmarx.com)

{10470195:1}

Dated:   New York, New York
         August 19, 2008

        Respectfully submitted,

        WINDELS MARX LANE & MITTENDORF LLP

        /s/ Howard L. Simon
        Howard L. Simon (hsimon@kayescholer.com)
        Regina Griffin (rgriffin@kayescoler.com)
        156 West 56th Street
        New York, NY 10019
        Telephone:   (212) 237-1000
        Facsimile:   (212) 262-1215
        *Counsel for Alan Nisselson,*
        *Distribution Agent and Responsible Officer,*
        *Appellee*

**Certificate of Service**

I, Tracy E. Heston, hereby certify that on this 19th day of August 2008, I caused a true copy of the foregoing Notice of Appearance, to be served electronically upon all parties listed in the ECF System for this matter.

        /s/ Tracy E. Heston
        TRACY E. HESTON