**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Howard L. Simon (hsimon@windelsmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)

*Counsel for Alan Nisselson,*
*Distribution Agent and Responsible Officer*
*Of Chapter 11 Debtor MarketXT Holdings Corp, et. al., Appellee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------- x
In re                                                          :
                                                               :
EMPYREAN INVESTMENT FUND, LP,                                  :
EMPYREAN GENERAL PARTNER, LLC, ASH                             :
MASTER FUND II, LLC, ASH MASTER FUND,                          :
LP, ASH FUND, LP, f/k/a ASH CAPITAL                            :
MANAGEMENT. ASH GENERAL PARTNER,                               :
LLC, ASH OFFSHORE FUND, LTD, ASH                               :
GENERAL PARTNER OFFSHORE, LTD, et al.                          :
                                                               :   Docket No. 08-cv-06938 AKH
         Appellants                                            :
                                                               :
v.                                                             :
                                                               :
ALAN NISSELSON AND OFFICIAL                                    :
COMMITTEE OF UNSECURED CREDITORS,                              :
                                                               :
         Appellees                                             :
-------------------------------------------------------------- x

**NOTICE OF APPEARANCE OF COUNSEL**

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for the Appellees, as of the date hereof and requests service of all notices and documents herein upon:

WINDELSMARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Howard L. Simon
Regina Griffin
Email: (hsimon@windelsmarx.com)
(rgriffin@windelsmarx.com)

{10470195:1}

Dated:   New York, New York
         August 19, 2008

        Respectfully submitted,

        WINDELS MARX LANE & MITTENDORF LLP

        /s/ Howard L. Simon
        Howard L. Simon (hsimon@kayescholer.com)
        Regina Griffin (rgriffin@kayescoler.com)
        156 West 56th Street
        New York, NY 10019
        Telephone:   (212) 237-1000
        Facsimile:    (212) 262-1215
        *Counsel for Alan Nisselson,*
        *Distribution Agent and Responsible Officer,*
        *Appellee*

## Certificate of Service

    I, Tracy E. Heston, hereby certify that on this 19th day of August 2008, I caused a true copy of the foregoing Notice of Appearance, to be served electronically upon all parties listed in the ECF System for this matter.

        /s/ Tracy E. Heston
        TRACY E. HESTON