UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gary G. Pelletier (GP-5459)
DENNER♦PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel:     (617) 227-2800
Fax:    (617) 973-1562

| |
|---|
| EMPYREAN INVESTMENT FUND, LP, EMPYREAN GENERAL PARTNER, LLC, ASH MASTER FUND II, LLC, ASH MASTER FUND, LP, ASH FUND, LP, f/k/a ASH CAPITAL MANAGEMENT, ASH GENERAL PARTNER, LLC, ASH OFFSHORE FUND, LTD, ASH GENERAL PARTNER OFFSHORE, LTD, RAUF ASHRAF, et al. |
|             Defendants-Appellants, |
| v.                                             Docket No. 08-cv-06938 |
| ALAN NISSELSON and OFFICIAL COMMITTEE OF UNSECURED CREDITORS, |
|             Plaintiffs-Appellees. |

**APPELLANTS' STATEMENT OF ISSUES
AND DESIGNATION OF RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the defendants-appellants, Empyrean Investment Fund, LP, Empyrean General Partner, LLC, Ash Master Fund II, LLC, Ashe Master Fund, LP, Ash Fund, LP, f/k/a Ash Capital Management, Ash General Partner, LLC, Ash Offshore Fund, Ltd, Ash General Partner Offshore, Ltd, Rauf Ashraf, et al (hereinafter "defendants") respectfully submit the following statement of issues and designation of items to

be presented on appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a)(1), from an October 12, 2007 Memorandum of Opinion Regarding Motion for Summary Judgment and a November 9, 2007 Final Judgment and Order thereon.

**Statement of Issues on Appeal**

1. Whether the Bankruptcy Court erred in denying the defendants' motion to invade restrained funds;

2. Whether the Bankruptcy Court erred in allowing summary judgment for the plaintiffs-appellees (hereinafter "plaintiffs") alleging a fraudulent transfer where:

    a. The defendants asserted that the complex transaction generated crucial liquidity which, in the unique circumstances, provided fair value;

    b. The plaintiff failed to adduce expert testimony concerning the question of value and offered no evidence concerning the value of the "liquidity";

    c. Both the debtor and defendant affirmatively denied any intent to hinder or delay creditors; and

    d. There was a material question of fact regarding the debtor's good faith.

3. Whether the Bankruptcy Court erred in failing to consider that the intent of the allegedly fraudulent transactions was preservation of the debtor's contractual rights to a potential $180,000,000.00 "earn out".

4. Whether the Bankruptcy Court erred in failing to treat the involved transactions as an integrated whole;

5. Whether summary judgment should have been denied pursuant to Rule 56(f);

6. Whether the Bankruptcy Court erred in denying the defendant's motion for expert and attorney fees;

7. Whether the Bankruptcy Court erred in denying the defendant's claims to the Epoch estate; and

8. Whether the Bankruptcy Court erred in its finding of contempt.

**Designation of the Record[1] on Appeal from Adversary Proceeding Case No. 05-01268-ALG, <u>before the United States Bankruptcy Court for the Southern District of New York</u>**

| Item No. | Date | Document No. | Description |
| --- | --- | --- | --- |
| 1 | 11/03/06 | 250 | Motion for Summary Judgment /Plaintiffs' Joint Motion For Summary Judgment filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. with hearing to be held on 11/21/2006 (check with court for location) Responses due by 11/17/2006, (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 2 | 11/03/06 | 252 | Memorandum of Law /Plaintiff's Memorandum Of Law In Support Of Their Joint Motion For Summary Judgment (related document(s)251) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 3 | 11/03/06 | 253 | Statement / Plaintiffs' Rule 7056-1 Statement Of Undisputed Facts To Joint Motion For Summary Judgment filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 4 | 11/03/06 | 254 | Statement / Compendium Of Trial Testimony To Plaintiffs' Rule 7056-1 Statement Of Undisputed Facts To Joint Motion For Summary Judgment [1 Of 2] (related document(s)253, 252, 251) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of |

---

[1] Each item designated includes all documents referenced within the particular document number including, without limitation, all exhibits, attachments, proposed orders and declarations related thereto.

3

| | | | |
|---|---|---|---|
| | | | MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 5 | 11/03/06 | 255 | Statement / Compendium Of Trial Testimony To Plaintiffs' Rule 7056-1 Statement Of Undisputed Facts To Joint Motion For Summary Judgment [2 Of 2] (related document(s)254, 253, 252, 251) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 6 | 11/03/06 | 256 | Statement / Compendium Of Exhibits To Plaintiffs' Rule 7056-1 Statement Of Undisputed Facts To Joint Motion For Summary Judgment [1 Of 3] (related document(s)255, 254, 253, 252, 251) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 7 | 11/03/06 | 257 | Statement / Compendium Of Exhibits To Plaintiffs' Rule 7056-1 Statement Of Undisputed Facts To Joint Motion For Summary Judgment [2 Of 3] (related document(s)255, 254, 253, 252, 256, 251) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 8 | 11/03/06 | 258 | Statement / Compendium Of Exhibits To Plaintiffs' Rule 7056-1 Statement Of Undisputed Facts To Joint Motion For Summary Judgment [3 Of 3] (related document(s)255, 254, 253, 252, 257, 256, 251) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 9 | 11/03/06 | 259 | Statement /Compendium Of Deposition Transcripts To Plaintiffs' Rule 7056-1 Statement Of Undisputed Facts To Joint Motion For Summary Judgment [1 Of 2] (related document(s)255, 254, 253, 252, 257, 256, 258, 251) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 10 | 11/03/06 | 260 | Statement / Compendium Of Bank Statements To Plaintiffs' Rule 7056-1 Statement Of Undisputed Facts To Joint Motion For Summary Judgment (related document(s)255, 259, 254, 253, 252, 257, |

| | | | |
|---|---|---|---|
| | | | 256, 258, 251) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/03/2006) |
| 11 | 11/08/06 | 264 | Statement / Compendium of Deposition Transcripts To Plaintiffs' Rule 7056-1 Statement Of Undisputed Facts To Joint Motion For Summary Judgment [ 2 of 2] (related document(s)255, 259, 254, 253, 252, 260, 257, 256, 258, 251) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 11/08/2006) |
| 12 | 11/10/06 | 266 | Motion to Extend Time for Submitting Defendants' Opposition to Plaintiffs' Motion for Summary Judgment filed by Jeffrey A. Denner on behalf of the Defendants. (Denner, Jeffrey) (Entered: 11/10/2006) |
| 13 | 11/20/06 | 267 | Order Signed on 11/20/2006 Extending Time for Defendants' Response (related document(s)266) (Porter, Marguerite) (Entered: 11/20/2006) |
| 14 | 12/12/06 | 274 | Motion to Compel the Production of Documents filed by Jeffrey A. Denner on behalf of the Defendants. with hearing to be held on 1/9/2007 (check with court for location) Responses due by 1/8/2007, (Denner, Jeffrey) (Entered: 12/12/2006) |
| 15 | 12/22/06 | 278 | Motion to AllowRelease of a Portion of the Restrained Funds in Order to Complete the Process of Retention of Experts and for Legal Fees filed by Jeffrey A. Denner on behalf of the Defendants. with hearing to be held on 1/25/2007 (check with court for location) Objections due by 1/16/2007, (Attachments: # 1 Affirmation of Robert Sinsheimer in Support of Petition for Fees# 2 Affidavit of Rauf Ashraf in Support of Petition for Fees) (Denner, Jeffrey) (Entered: 12/22/2006) |
| 16 | 01/08/07 | 282 | Objection to Motion Plaintiffs' Objection to Defendants' Motion to Compel Production of Documents (related document(s)274) filed by Lester M. Kirshenbaum on behalf of Alan Nisselson. with hearing to be held on 1/9/2007 (check with court for location) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Kirshenbaum, Lester) (Entered: 01/08/2007) |
| 17 | 01/11/07 | 285 | Motion for Adjournment of Oral Argument on Summary Judgment Due to Scheduling Conflict and for Very Brief Final Continuance for the Filing of |

| | | | |
|---|---|---|---|
| | | | Opposition to Summary Judgment filed by Jeffrey A. Denner on behalf of the Defendants. (Denner, Jeffrey) (Entered: 01/11/2007) |
| 18 | 01/12/07 | 287 | Order Signed on 1/12/2007 Denying Defendants' Motion to Compel Production of Documents (Related Doc # 274) (Porter, Marguerite) (Entered: 01/12/2007) |
| 19 | 01/22/07 | 288 | Affidavit of Rauf Ashraf in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment (related document(s)251) filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Index Table of Contents to Exhibits# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H)(Denner, Jeffrey) (Entered: 01/22/2007) |
| 20 | 01/22/07 | 289 | Affidavit Exhibits to Affidavit of Rauf Ashraf in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment (related document(s)288) filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Exhibit I-1# 2 Exhibit I-2# 3 Exhibit I-3# 4 Exhibit J# 5 Exhibit K# 6 Exhibit L# 7 Exhibit M# 8 Exhibit N# 9 Exhibit O-1)(Denner, Jeffrey) (Entered: 01/22/2007) |
| 21 | 01/22/07 | 290 | Affidavit Exhibits to Affidavit of Rauf Ashraf in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment (related document(s)288) filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Exhibit O-2# 2 Exhibit P# 3 Exhibit Q# 4 Exhibit R# 5 Exhibit S# 6 Exhibit T# 7 Exhibit U# 8 Exhibit V# 9 Exhibit W)(Denner, Jeffrey) (Entered: 01/22/2007) |
| 22 | 01/22/07 | 291 | Affidavit Exhibits to Affidavit of Rauf Ashraf in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment (related document(s)288) filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Exhibit X# 2 Exhibit Y# 3 Exhibit Z# 4 Exhibit AA# 5 Exhibit BB# 6 Exhibit CC# 7 Exhibit DD# 8 Exhibit EE# 9 Exhibit FF# 10 Exhibit FF#)(Denner, Jeffrey) (Entered: 01/22/2007) |
| 23 | 01/22/07 | 292 | Affidavit Exhibits to Affidavit of Rauf Ashraf in Support of Defendants' Memorandum of Law |

| | | | |
|---|---|---|---|
| | | | in Opposition to Plaintiffs' Motion for Summary Judgment (related document(s)288) filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Exhibit GG# 2 Exhibit HH# 3 Exhibit II# 4 Exhibit JJ# 5 Exhibit KK# 6 Exhibit MM# 7 Exhibit OO-1# 8 Exhibit OO-2# 9 Exhibit QQ)(Denner, Jeffrey) (Entered: 1/22/2007) |
| 24 | 01/22/07 | 293 | Memorandum of Law in Opposition to Plaintiffs' Joint Motion for Summary Judgment (related document(s)251) filed by Jeffrey A. Denner on behalf of the Defendants. (Denner, Jeffrey) (Entered: 01/22/2007) |
| 25 | 01/22/07 | 294 | Statement of Undisputed Facts in Opposition to Summary Judgment filed by Jeffrey A. Denner on behalf of the Defendants. (Denner, Jeffrey) (Entered: 01/22/2007) |
| 26 | 02/02/07 | 295 | Statement / Plaintiffs' Rule 7056-1 Statement of Undisputed Facts to Joint Motion For Summary Judgment (related document(s)255, 288, 259, 254, 253, 293, 252, 290, 264, 260, 289, 257, 256, 294, 258, 251, 292, 291) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 02/02/2007) |
| 27 | 02/02/07 | 296 | Reply to Motion Plaintiffs' Reply Memorandum of Law in Further Suport of their Joint Motion for Summary Judgment (related document(s)251) filed by Alan Nisselson on behalf of Alan Nisselson, Official Committee of Unsecured Creditors. (Nisselson, Alan) (Entered: 02/02/2007) |
| 28 | 02/20/07 | 300 | Motion to Extend Time – Motion for Very Brief Adjournment of Oral Argument on Pending Motions Due to Scheduling Conflict filed by Jeffrey A. Denner on behalf of the Defendants. (Denner, Jeffrey) (Entered: 02/20/2007) |
| 29 | 02/20/07 | 301 | Memorandum of Law / Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion Allowing Release of Restrained Funds (related document(s)278, 280) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Attachments: # 1 Exhibits A and B) (Kirshenbaum, Lester) (Entered: 02/20/2007) |
| 30 | 02/20/07 | 302 | Declaration of Margarita Y. Ginzburg (related document(s)301) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured |

| | | | |
|---|---|---|---|
| | | | Creditors of MarketXT Holdings Corp.. with hearing to be held on 2/26/2007 (check with court for location) (Attachments: # 1 Exhibits 1 through 34) (Kirshenbaum, Lester) (Entered: 02/20/2007) |
| 31 | 02/21/07 | 303 | Opposition (related document(s)300) filed by Alan Nisselson on behalf of Alan Nisselson, Official Committee of Unsecured Creditors. (Nisselson, Alan) (Entered: 02/21/2007) |
| 32 | 02/21/07 | 305 | Motion to Amend and Supplement Defendants' Rule 7056-1 Omnibus Statement of Material Disputed Facts filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Defendants' First Amended and Supplemented Rule 7056-1 Omnibus Statement of Material Disputed Facts) (Denner, Jeffrey) (Entered: 02/21/2007) |
| 33 | 02/22/07 | 306 | Order Signed on 2/22/2007 Regarding Motion to Extend Time (Related Doc # 300) (Porter, Marguerite) (Entered: 02/22/2007) |
| 34 | 02/23/07 | 309 | Motion to Strike Plaintiff's' Untimely Opposition to Defendants' Motion Allowing Release of Restrained Funds (related document(s)301) filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Exhibit A – Letter to Judge Gropper, dated February 15, 2007) (Denner, Jeffrey) (Entered: 02/23/2007) |
| 35 | 02/27/07 | 311 | Memorandum Endorsed Order signed on 2/27/2007, Denying Motion to Strike Plaintiffs' Untimely Opposition to Defendants' Motion Allowing Release of Restrained Funds (Related Doc # 309) (Richards, Beverly) (Entered: 02/27/2007) |
| 36 | 02/27/07 | 312 | Motion to Allow Defendants' to Supplement, with Documents Submitted "Under Seal," the Affidavit of Rauf Ashraf Submitted in Support of Motion of Empyrean Defendants for an Order Allowing Release of a Portion of the Restrained Funds in Order to Complete the Process of Retention of Experts and for Legal Fees filed by Jeffrey A. Denner on behalf of the Defendants. with hearing to be held on 3/14/2007 at 10:00 AM at Location to be announced (Denner, Jeffrey) (Entered: 02/27/2007) |
| 37 | 03/09/07 | 314 | Motion to AllowDefendants' to Supplement with Documents Submitted UNDER SEAL the (First) Supplemental Affidavit of Rauf Ashraf Submitted in Support of Motion of Empyrean Defendants for an Order Allowing Release of Portion of the |

|    |          |     |                                                                                                                                                                                                                                                                                                                                                                                                    |
|----|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |          |     | Restrained Funds in Order to Complete the Process of Retention of Experts and for Legal Fees filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Supplemental Affidavit or Rauf Ashraf# 2 Exhibit to Affidavit) (Denner, Jeffrey) (Entered: 03/09/2007)                                                                                                                        |
| 38 | 03/13/07 | 316 | Transcript Of Hearing Held On January 9, 2007 At 11:00 AM, Re: Motion To Compel Production Of Documents; Motion To Purge Contempt Filed By Defendant Rauf Ashraf; Opposition Filed By Plaintiffs' Objection To Defendants' Motion To Purge Contempt; Plaintiffs' Objection To Defendants' Motion To Compel Production Of Documents filed by TypeWrite Word Processing Service. (Braithwaite, Kenishia) (Entered: 03/23/2007) |
| 39 | 08/22/07 | 332 | Memorandum of Law Supplementing Defendants' Opposition to Plaintiffs' Motion for Summary Judgment (related document(s)293) filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Exhibit A) (Denner, Jeffrey) (Entered: 08/22/2007) |
| 40 | 08/29/07 | 333 | Opposition / Plaintiffs' Opposition To Defendants' Belated Attempt To Open Up The Summary Judgment Record And To Raise New Legal Arguments (related document(s)332) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. (Kirshenbaum, Lester) (Entered: 08/29/2007) |
| 41 | 10/12/07 | 338 | Memorandum Opinion Signed on 10/12/2007 Regarding Motion for Summary Judgment and Restrained Funds (related document(s)278, 251) (Porter, Marguerite) (Entered: 10/12/2007) |
| 42 | 10/19/07 | 339 | Notice of Settlement of an Order / Notice of Settlement of Judgment and Order (related document(s)338) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. Objections due by 11/8/2007, (Attachments: # 1 Proposed Final Judgment and Order)(Kirshenbaum, Lester) (Entered: 10/19/2007) |
| 43 | 10/23/07 | 341 | Notice of Settlement of an Order (related document(s)338) filed by Lester M. Kirshenbaum on behalf of Alan Nisselson, Official Committee |

| | | | |
|---|---|---|---|
| | | | of Unsecured Creditors. (Attachments: # 1 Proposed Order) (Kirshenbaum, Lester) (Entered: 10/23/2007) |
| 44 | 10/24/07 | 342 | Notice of Settlement of an Order (related document(s)338) filed by Lester M. Kirshenbaum on behalf of Official Committee of Unsecured Creditors of MarketXT Holdings Corp.. Objections due by 11/13/2007, (Attachments: # 1 Proposed Invasion of Funds Order)(Kirshenbaum, Lester) (Entered: 10/24/2007) |
| 45 | 11/07/07 | 345 | Objection to [Proposed] Final Judgment and Order (related document(s)339) filed by Jeffrey A. Denner on behalf of the Defendants. (Attachments: # 1 Exhibit Z) (Denner, Jeffrey) (Entered: 11/07/2007) |
| 46 | 11/08/07 | 347 | Objection to [Proposed] Order (related document(s)341) filed by Jeffrey A. Denner on behalf of the Defendants. (Denner, Jeffrey) (Entered: 11/08/2007) |
| 47 | 11/09/07 | 348 | Final Judgment and Order signed on 11/9/2007. JUDGMENT INDEX NUMBER BC 07.0220 (Rouzeau, Anatin) (Entered: 11/09/2007) |
| 48 | 11/12/07 | 349 | Objection to Proposed Order Denying Motion to Invade Restrained Funds (related document(s)342) filed by Jeffrey A. Denner on behalf of the Defendants. (Denner, Jeffrey) (Entered: 11/12/2007) |
| 49 | 11/14/07 | 350 | Order Signed on 11/14/2007 Denying Motion to Invade Restrained Funds (Related Doc # 278) (Porter, Marguerite) (Entered: 11/14/2007) |
| 50 | 11/20/07 | 354 | Order Signed on 11/20/2007 Regarding Memorandum of Opinion on the Summary Judgment Motion (related document(s)341, 338, 251) (Porter, Marguerite) (Entered: 11/20/2007) |

**The Parties**

     The appellants and appellees, and the names and addresses of their attorneys, are

as follows:

APPELLANTS:    Empyrean Investment Fund, LP, Empyrean General Partner, LLC, Ash Master Fund II, LLC, Ashe Master Fund, LP, Ash Fund, LP, f/k/a Ash Capital Management, Ash General Partner, LLC, Ash Offshore Fund, Ltd, Ash General Partner Offshore, Ltd, Rauf Ashraf, et al.

10

| | |
|---|---|
| Represented by: | Jeffrey A. Denner |
| | Gary G. Pelletier |
| | Denner Pellegrino, LLP |
| | Four Longfellow Place, 35th Floor |
| | Boston, MA 02114 |
| | 617-227-2800 |
| | 617-973-1562 (fax) |
| | |
| APPELLEE: | Alan Nissleson |
| | |
| Represented by: | Howard Simon |
| | Windels Marx Lane & Mittendorf, LLP |
| | 156 West 56th Street |
| | New York, NY 10019 |
| | 212-797-9100 |
| | 212-237-1000 (fax) |
| | |
| | Regina Griffin |
| | Brauner Baron Rosenzweig & Klein, LLP |
| | 61 Broadway, 18th Floor |
| | New York, NY 10006 |
| | 212-797-9100 |
| | 212-797-9161 (fax) |
| | |
| APPELLEES: | Official Committee of Unsecured Creditors |
| | |
| Represented by: | Lester M. Kirshenbaum |
| | Kaye Scholer, LLP |
| | 425 Park Avenue |
| | New York, NY 10022 |
| | 212-836-8763 |
| | 212-836-8689 (fax) |

Dated: August 25, 2008         Respectfully submitted,
       Boston, MA              EMPYREAN INVESTMENT FUND, LP et al
                               By and through their attorneys,

                                /s/ *Gary G. Pelletier*
                               Gary G. Pelletier (GP-5459)
                               DENNER♦PELLEGRINO, LLP
                               4 Longfellow Place, 35th Floor
                               Boston, Massachusetts 02114
                               Tel:   (617) 227-2800
                               Fax:   (617) 973-1562
                               gpelletier@dennerpellegrino.com

11

<u>Certificate of Service</u>

  I, Daniel C. Reilly, hereby certify that on this the 25th day of August 2008, I caused a true copy of the foregoing *Statement of Issues and Designation of Record on Appeal*, to be served electronically upon all parties registered with ECF for this matter.

                   /s/ *Daniel C. Reilly*
                   Daniel C. Reilly